IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUZ R.,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | No. 22-4902 |
| | : | |
| **CAROLYN COLVIN,** | : | |
| **Commissioner of Social Security,** | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this **9th** day of December 2024, upon consideration of Plaintiff Luz R.'s Brief and Statement of Issues in Support of Request for Review (ECF 12), the Commissioner's Response (ECF 14), and Plaintiff's Reply (ECF 15), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings in accordance with the Memorandum Opinion; and

2. **JUDGMENT** is entered in **FAVOR** of Plaintiff Luz R. and **AGAINST** Defendant; and

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*